20055. BYRD *et al.* v. PIHA.

BLOODWORTH, J. In transferring this case to the Court of Appeals, the Supreme Court said: "A tenant instituted an action to enjoin his landlord from declaring forfeiture of the lease and taking possession of the property. On exception to an order granting a temporary injunction the judgment of the trial court was reversed. *Byrd* v. *Piha,* 165 *Ga.* 397 (141 S. E. 48). Subsequently an amendment to the defendant's

original answer set up a money demand for double rent. On the trial all questions were eliminated except the defendant's right to double rent." We agree with the statement of the Supreme Court that "on the trial all questions were eliminated except the defendant's right to double rent." This being true, under the facts of the case the trial judge properly directed a verdict against the allowance of double rent.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 5, 1930.

*Randolph, Parker & Fortson,* for plaintiffs in error.
*Alston, Alston, Foster & Moise,* contra.